IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. G-15-10 |
| | § | |
| JOSE M. NAVARRETTE | § | |

### ORDER OF DETENTION PENDING TRIAL

On June 30, 2015, at the Initial Appearance of Defendant, **Jose M. Navarette,** this Court addressed the matter of his detention. Having considered the report of the Pretrial Services Officer recommending detention and confirmed that **Navarrette** is presently subject to a detainer lodged against him by the Immigration and Customs Enforcement Agency which currently provides for no bond, the Court makes the following findings of fact and conclusions of law.

Since **Navarrette** has no legitimate claim to a liberty interest that would justify an immediate or meaningful detention determination under 18 U.S.C. § 3142(f), it is the **ORDER** of this Court that good cause exists to postpone the need for such a determination until such time as **Navarrette** maintain a legitimate liberty interest before this Court. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987), see also United States v. Coonan, 826 F.2d 1180, 1183 (2$^{d}$ Cir. 1987)   Accordingly, the Court finds that there is no need to make a detention determination at this time.

It is, therefore, **ORDERED** that the Defendant, **Jose M. Navarrette**, be, and is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the Defendant, **Jose M. Navarrette**, **SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver **Jose M. Navarrette** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Houston, Texas, this ____30th____ day of June, 2015.

_____
John R. Froeschner
United States Magistrate Judge